## THE PEOPLE *v.* RIVERA.

### APPEAL from the District Court of Guayama.

No. 48.—Decided November 28, 1905.

CRIMINAL LAW—INFORMATION—DEFECT OF FORM.—Defects of form in an information, which do not tend to the prejudice of the substantial rights of the accused, will not warrant a reversal of the judgment.

The facts are stated in the opinion.

*Mr. Rossy, fiscal,* for respondent.

The appellant did not appear.

MR. JUSTICE WOLF delivered the opinion of the court.

This is an appeal from the District Court of Guayama. The defendant was sentenced to five years in the penitentiary at

hard labor, and costs, for mayhem *(mutilacion)*. At the time the court was about to pronounce sentence the attorney for the defendant moved to dismiss the case, substantially on the ground that the information was defective, inasmuch as it did not show before what officer the preliminary witnesses had been sworn, it being alleged that section 3 of the Code of Criminal Procedure requires the witnesses to be sworn by the *fiscal*. The court below overruled the motion. The defendant took no exception to the ruling of the court, as pointed out by section 296 of the Code of Criminal Procedure.

After the trial and finding by the court such an objection went merely to the form of the information, and was governed by section 83 of the Code of Criminal Procedure. The information and judgment being in due form, and no error appearing in the record, the judgment of the District Court of Guayama must be affirmed.

*Affirmed.*

Chief Justice Quiñones and Justices Hernandez, Figueras and MacLeary concurred.